IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE L. ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-395-C |
| ) | |
| LUKE PETTIGREW, ) | |
| ) | |
| Respondent. ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on May 3, 2021. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 5) is adopted and the Application for Leave to Proceed in Forma Pauperis (Dkt. No. 2) is denied. If the filing fee is not paid within twenty (20) days from the date of this Order, the action will be dismissed.

IT IS SO ORDERED this 9th day of June 2021.

ROBIN J. CAUTHRON
United States District Judge