IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE L. ALLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-395-C |
| ) | |
| LUKE PETTIGREW, Warden, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on September 20, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, despite being granted an extension of time. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 16) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed. A judgment shall enter accordingly.

IT IS SO ORDERED this 23rd day of November 2021.

ROBIN J. CAUTHRON
United States District Judge